UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Mike McCormick,** ) | |
| Plaintiffs, ) | |
| ) | |
| V. ) | |
| ) | Case No. 4:10CV02386 RWS |
| ) | |
| **Symetra Life Insurance Company,** ) | |
| ) | |
| ) | |
| Defendants. ) | |

ORDER

The above-styled case was filed in the Eastern Division of this court on December 21, 2010, and assigned to the Honorable Rodney W. Sippel. Because the jurisdiction of this matter lies in the Southeastern Division of this district, this case should have been assigned a Southeastern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Southeastern Division of this court and assigned Case No.1:10cv00206 SNLJ. The Honorable Stephen N. Limbaugh, Jr. will preside.

Case No. 4:10cv02386 RWS is hereby administratively closed.

Dated this 21st day of December, 2010.

James G. Woodward, Clerk of Court

By: /s/ Karen Moore, Deputy Clerk

Please refer to Case No. **1:10cv00206 SNLJ** in all future matters concerning this case.